IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

RALPH DEBLASI      *

    Plaintiffs      *

v.      *      CIVIL ACTION NO.: MJG-02-2706

THE HARTFORD      *

    Defendant      *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of The Hartford Accident & Indemnity Company, t/a The Hartford, Motion to Vacate Default Judgment, any opposition thereto, and for good cause shown*, it is this 8th day of October, 2002 ORDERED that said Motion is Granted; the Default Judgment entered against The Hartford Accident & Indemnity Company, t/a The Hartford (hereinafter "Hartford"), is VACATED.

_____
MARVIN J. GARBIS,
United States District Judge

\* Defendant is actually defending the case, there are service issues and Plaintiffs suffer no prejudice except the loss of a windfall default. The case shall proceed on the merits (MJG)

4