IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RALPH DEBLASI | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-02-2706 |
| THE HARTFORD | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

### PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41

The Plaintiff, Ralph Deblasi, through his attorney P. Paul Cocoros, respectfully requests that this case be dismissed with prejudice as the parties have reached an amicable resolution of all claims.

WHEREFORE, it is respectfully requested that :

(a)   The Case be DISMISSED WITH PREJUDICE

(b)   such other and further relief be granted as deemed appropriate by this Court.

Respectfully submitted,

P. PAUL COCOROS, ID #01720
1029 St. Paul Street
Baltimore, MD 21202
(410) 576-0700
Attorney for Plaintiff, Deblasi

Christopher Wolf, ID # 26539
Niles, Barton & Wilmer
Suite 1400, 111 S. Calvert Street
Baltimore, MD 21202
Attorney for Defendant, The Hartford


