IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RALPH DEBLASI              *

   Plaintiff              *

v.                         *       Civil Action No.: MJG-02-2706

THE HARTFORD               *

   Defendant              *

\*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION OF THE PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL;

IT IS THIS _22nd_ DAY OF _October_, 2002,

ORDERED,

(a)    The Case be DISMISSED WITH PREJUDICE;

(b)    Such other and further relief be granted as deemed appropriate by this Court.

_____
JUDGE

cc:    P. PAUL COCOROS

       CHRISTOPHER D. WOLF